```
                                              FILED
                                        U.S. DISTRICT COURT
                                              ... OF LA

                                        2000 JAN 31  P 2: 05

                                            ... C. WHYTE
```

MINUTE ENTRY
FELDMAN, J.
JANUARY 31, 2000

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GVA CONSULTANTS AB | * | CIVIL ACTION |
| VERSUS | * | NO. 00-209 |
| FRIEDE-GOLDMAN, LTD., ET AL. | * | SECTION "F" |

It appearing to the Court that the subject matter of the above captioned matter is related to that of Civil Action No. 99-1970, pending before Section "N" of this Court;

IT IS ORDERED that the above captioned cause be transferred to Section "N" of this Court pursuant to Local Rule 1.051E.

JAN 3 1 2000

TRANSFERRED TO  SECT. N MAG. 5

JAN 3 1 2000

DATE OF ENTRY _____

