```
UNITED STATES DISTRICT COURT
           FILED
      October 16, 2001
EASTERN DISTRICT OF LOUISIANA
       Loretta G. Whyte
            Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FRIEDE & GOLDMAN, LTD                     CIVIL ACTION

VERSUS                                    NO: 99-1970 c/w 00-209

GVA CONSULTANTS, AB, ET AL                SECTION: "N (5)"

### ORDER

The Court has been advised that this action cannot proceed to trial and disposition because of the following reasons:

Friede & Goldman, Ltd has filed Bankruptcy proceedings thus matter is stayed.

IT IS ORDERED that the Clerk of Court mark this action closed for statistical purposes, and

IT IS FURTHER ORDERED that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

New Orleans, Louisiana, this __16__ day of October, 2001.

                                         _____
                                                CHIEF JUDGE

DATE OF ENTRY:  OCT 18 2001

Fee ____
Process ____
Dktd ____
CtRmDep ____
Doc.No ____